PETER DUFFY v. CHARLES L. AMENT.— Motion to withdraw appeal granted on payment of ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

FRANCIS BENDELARI v. WHYTE'S, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PICTORIAL REVIEW COMPANY v. LOUIS ORANSKY and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

WILLIAM G. KOHN v. WALTER H. WARNER, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PETER K. HESSLER v. NEW YORK RAILWAYS COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

METER MINTZ v. SAMUEL DORFMAN and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MORRIS BRUH v. JOSEPH ZIMIT.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MARY SCHATZ v. ABRAHAM HIRSCHHORN and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. L. FLEISCHER & COMPANY, INC., v. PAUL GERLI.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

GURNEY ELEVATOR COMPANY v. F. F. PROCTOR MT. VERNON REALTY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn', JJ.

HARRY ALTMAN and Others v. WILLIAM KINSTLER and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROWLAND W. SPAIN v. MANHATTAN SHIRT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL C. DALRYMPLE v. MOSES SCHWARTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HENRY I. CLARK and Others v. BANKERS TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.